IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
-------------------------------------------------------x
                                                       :
A/S DAN-BUNKERING LTD.                                 :
                                                       :
                Plaintiff,                             :
                                                       :
v.                                                     :    CIVIL ACTION NO. 4:15-cv-00396
                                                       :
M/V KACEY (IMO No. 9420277)                            :    ADMIRALTY
her Engines, tackle,                                   :
appurtenances, etc., in rem,                           :
                Defendant.                             :
                                                       :
-------------------------------------------------------x
```

CONSENT TO RELEASE OF THE VESSEL

As the attorney-in-charge for the proponent of the seizure of the M.V. Kacey (IMO No. 9420277), I represent that:

**1.** My client consents to the release of the vessel;

**2.** Counsel representing all parties consent to the release; and

**3.** The Court has not entered an order that would prevent the release of the vessel.

Dated:  February 13, 2015         **A/S DAN-BUNKERING LTD.**
       Houston, TX

                                         **BY: BAKER, DONELSON, BEARMAN,**
                                         **CALDWELL & BERKOWITZ, PC**

                                         BY: */s/ Eddy De Los Santos*
                                         Eddy De Los Santos
                                         Federal Bar No. 602417
                                         Texas Bar No. 24040790
                                         edelossantos@bakerdonelson.com

                                           Katriel C. Statman
                                           Federal Bar No.: 2513924
                                           Texas Bar No. 24093197
                                           kstatman@bakerdonelson.com
                                           1301 McKinney Street, Suite 3700
                                           Houston, Texas 77010
                                           Telephone:  713-650-9700
                                           Facsimile:   713-650-9701

OF COUNSEL:

CHRISTOPHER O. DAVIS (LBN 4722)
DAWEI ZHANG (LBN 20037)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Telecopier: (504) 636-4000
codavis@bakerdonelson.com
dzhang@bakerdonelson.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of February, 2015, a true and correct copy of the foregoing was served Defendant as indicated below and all counsel of record via electronic mail in accordance with the Federal Rules of Civil Procedure.

M/V Kacey (IMO No. 9420277
c/o Ivan M. Rodriguez, Esq.
Chaffe McCall, L.L.P.
801 Travis Street, Suite 1910
Houston, TX 77002
713.343.2951
rodriguez@chaffe.com